UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ELDER NAIN CHAVEZ CARRANZA                CIVIL ACTION NO. 1:26-1642

                                          SECTION P

VS.

                                          JUDGE S. MAURICE HICKS, JR.

ELEAZAR GARCIA, ET AL.                    MAG. JUDGE KAYLA D. MCCLUSKY

### <u>ORDER</u>

Petitioner Elder Nain Chavez Carranza, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **<u>28 days</u>** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **<u>14 days</u>** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 28th day of May, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge