**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ELDER NAIN CHAVEZ CARRANZA** | ) | **CIVIL ACTION NO: 26-CV-01642** |
| | ) | |
| | ) | |
| **VERSUS** | ) | **JUDGE HICKS** |
| | ) | |
| **ELEAZAR GARCIA, *ET AL.*** | ) | **MAGISTRATE JUDGE MCCLUSKY** |

**ORDER**

The Court having before it Federal Respondents' Motion for Extension of Time to Object to the Report and Recommendations and for good cause shown therein,

**IT IS ORDERED** that the motion for extension is **GRANTED**, and the deadline for Federal Respondents to file their Objection to the Report and Recommendations is extended until September 8**, 2026**.

**THUS DONE AND SIGNED** this 2nd day of September, 2026 at Shreveport, Louisiana.

**HONORABLE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**