**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ELDER NAIN CHAVEZ-CARRANZA** | **CIVIL ACTION NO. 26-1642** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **ELEAZAR GARCIA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Elder Nain Chavez Carranza's petition is **GRANTED IN PART AND DENIED IN PART**. To the extent he seeks relief under 8 U.S.C. § 1232(c)(2), his petition is **GRANTED**: (I) the Secretary of Homeland Security shall, within **ten (10) days**, conduct a hearing and consider Petitioner's placement in the least restrictive setting available after taking into account any danger to self, danger to the community, and risk of flight; and (II) Petitioner shall be eligible to participate in alternative to detention programs, utilizing a continuum of alternatives based on any need for supervision, which may include placement of Petitioner with an individual or an organizational sponsor, or in a supervised group home. Respondents shall provide Petitioner adequate notice of the hearing. The parties shall file a joint status report within 48 hours after the hearing, confirming that the hearing was conducted and informing the Court of the result.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that if the Secretary of Homeland Security does not provide the relief above within ten (10) days, Respondents shall

release Petitioner from custody in accordance only with any terms and conditions of his prior release, without any additional bond requirements or new conditions.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent Petitioner seeks other relief not granted above, his petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 25th day of September 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE